VENABLE LLP
Daniel S. Silverman (SBN 137864)
Email: dsilverman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

THORPE NORTH & WESTERN LLP
Mark M. Bettilyon (*Pro Hac Vice Application Forthcoming*)
Email: mark.bettilyon@tnw.com
Peter M. de Jonge (*Pro Hac Vice Application Forthcoming*)
Email: dejonge@tnw.com
Jed H. Hansen (*Pro Hac Vice Application Forthcoming*)
Email: hansen@tnw.com
175 South Main, Suite 900
Salt Lake City, Utah 84111
Telephone: (801) 566-6633

Attorneys for Plaintiff ORGAIN, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ORGAIN, INC., | Case No.: 8:18-CV-01253 |
| Plaintiff, | **COMPLAINT OF ORGAIN, INC. FOR:** |
| v. | |
| NORTHERN INNOVATIONS HOLDING CORP. DBA PURELY INSPIRED, a Canadian Corporation; LAKESIDE INNOVATIONS HOLDING CORP., a Canadian Corporation; IOVATE HEALTH SCIENCES INTERNATIONAL, INC., a Canadian Corporation; IOVATE HEALTH SCIENCES INTERNATIONAL U.S.A., INC., a Delaware Corporation, | 1) **TRADEMARK/TRADE DRESS INFRINGEMENT, UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN UNDER 15 U.S.C § 1125** |
| | 2) **STATE STATUTORY UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE § 17200** |
| Defendants. | 3) **STATE STATUTORY FALSE ADVERTISING UNDER CAL. BUS. & PROF. CODE § 17500** |
| | 4) **STATE TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION** |
| | **JURY TRIAL DEMANDED** |

1    Plaintiff Orgain, Inc., (hereinafter "Orgain"), by and through its counsel,

2 hereby files this Complaint with Jury Demand against Defendants Northern

3 Innovations Holding Corp, dba Purely Inspired ("Northern Innovations"), Lakeside

4 Innovations Holding Corp., ("Lakeside Innovations"), Iovate Health Sciences

5 International, Inc. ("Iovate"), and Iovate Health Sciences International U.S.A., Inc.

6 ("Iovate USA"). Northern Innovations, Lakeside Innovations, Iovate, and Iovate

7 USA are at times herein referred to collectively as "Purely Inspired."

8                                 **NATURE OF THE ACTION**

9 1.    Orgain brings this action under Lanham Trademark Act, Title 15, United

10 States Code § 1051, *et seq*, California Business and Professional Code §§ 17200

11 and 17500 *et seq*, and California common law.

12 2.    Since 2009, Orgain has provided premium protein supplement products free

13 of certain additives or ingredients, many of which are promoted as vegan.

14 3.    As part of those efforts, Orgain has been marketing and selling nutritional

15 supplement products under the brand name ORGANIC PROTEIN together with

16 distinctive trade dress, including color, placement and style of font, and other

17 distinctive elements. Through a combination of superior product quality and a

18 significant investment in promotional efforts, Orgain's ORGANIC PROTEIN

19 nutritional supplement has garnered nationwide attention, becoming the envy of its

20 competitors.

21 4.    Recently, Purely Inspired introduced its own nutritional supplement products

22 using the ORGANIC PROTEIN trademark. Despite Orgain's long and prominent

23 use of ORGANIC PROTEIN as a trademark in connection with its nutritional

24 supplement products, Purely Inspired prominently displays the ORGANIC

25 PROTEIN brand on the top of its product packaging and uses trade dress that is

26 similar to that employed by Orgain. Purely Inspired markets and promotes its

27 ORGANIC PROTEIN branded products to consumers online (same as Orgain) and

28 to consumers through traditional channels of distribution (same as Orgain). The

consumer confusion and attendant damage to Orgain's ORGANIC PROTEIN brand resulting from Purely Inspired's unlawful behavior violates federal, state, and common law.

## PARTIES

5.      Orgain is a California corporation and maintains an office and employees in the state of California at 16631 Millikan Avenue, Irvine, California 92606.

6.      Upon information and belief, Northern Innovations is a Canadian corporation having a principal place of business at 381 North Service Road West Oakville, Ontario, Canada L6M 0H4, and conducts business in the United States, including within this judicial district.

7.      Upon information and belief, Lakeside Innovations is a Canadian corporation having a principal place of business at 381 North Service Road West Oakville, Ontario, Canada L6M 0H4, and conducts business in the United States, including within this judicial district.

8.      Upon information and belief, Iovate is a Canadian corporation having a principal place of business at 381 North Service Road West Oakville, Ontario, Canada L6M 0H4, and conducts business in the United States, including within this judicial district.

9.      Upon information and belief, Iovate USA is a Delaware corporation having an address of 1105 North Market Street, Suite 1330, Wilmington, Delaware 10011 and conducts business within this judicial district.

10.     Upon information and belief Northern Innovations, Lakeside Innovations, Iovate, and Iovate USA are related entities that collude in the manufacture, marketing, and distribution of the product complained of herein and are jointly and severally liable for the unlawful acts complained of herein.

## JURISDICTION AND VENUE

11.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331, 1338 and 15 U.S.C. §1125.

12.     This Court has supplemental jurisdiction over California state law claims in this action pursuant to 28 U.S.C. § 1367.

13.     Upon information and belief, venue is proper in this judicial district pursuant to 28 U.S.C. §1391.  Orgain originated as a California business in 2009 and began its first use and initial development of the ORGANIC PROTEIN brands in the state of California.  Orgain's ORGANIC PROTEIN brand was introduced in 2013 and has experienced exponential growth since that time.  Upon information and belief, Purely Inspired conducts continuous and systematic business directly related to the trademarks and trade dress at issue in this case in this judicial district.   Namely, they market, promote, and sell Purely Inspired ORGANIC PROTEIN products in numerous retail outlets throughout this judicial district and to consumers located in this judicial district.

14.     Upon information and belief, this Court has personal specific jurisdiction over Purely Inspired, as it has purposefully directed its activities toward the state of California and this action is based upon activities that arise out of or relate to those contacts.

15.     Additionally, upon information and belief, this Court has general personal jurisdiction at least over Iovate USA because its contacts with California are substantial, continuous, and systematic.

## GENERAL ALLEGATIONS

### ORGAIN'S TRADEMARKS AND TRADE DRESS

16.     For nearly 10 years, Orgain has been in the business of manufacturing and marketing various nutritional supplement products. A primary selling point of Orgain's products is the exceptionally high quality ingredients and lack of certain unwanted ingredients.  Orgain prides itself not only on the products' high quality vegan ingredients, but also the taste and mixability of the product.

17.     One of Orgain's most popular products is its ORGANIC PROTEIN plant-based nutritional product.  Orgain has consistently marketed and promoted this

1   product with similar trade dress for the last five years including, but without

2   limitation, the mark ORGANIC PROTEIN in a unique, black font against a white

3   background.  Orgain's ORGANIC PROTEIN mark is located just above the center

4   of the container with its house brand located above the ORGANIC PROTEIN

5   mark.  The ORGANIC PROTEIN mark is framed inside green bands that

6   circumscribe the top and bottom portions of the container.  The front label also

7   incorporates a green leaf and colored circles highlighting the dietary profile of the

8   product.  An image of several versions of Orgain's product are shown below:

9

10



11

12

13

14

15

16

17

18

19

20   18.     Since its introduction in 2013, Orgain's ORGANIC PROTEIN brand has

21   experienced dramatic growth and popularity.

22   19.     Namely, Orgain's ORGANIC PROTEIN products have been very successful

23   with sales growing significantly since introduction.  Specifically, Orgain has sold

24   over a hundred million dollars of its ORGANIC PROTEIN products across the

25   United States through online sales (e.g., Amazon.com) and traditional brick and

26   mortar outlets (e.g., Costco, Target, Sam's Club, Whole Foods, etc.).

27   20.     Orgain has also invested millions of dollars in the promotion and

28   advertisement of those products.  As part of its marketing and promotion efforts

has invested in on-line and social media advertising campaigns.  Orgain also participates in various trade shows where ORGANIC PROTEIN branded products are displayed and marketed to consumers interested in health and nutrition.

21.     In addition, Orgain's distribution partners invest significant sums of money in cooperative advertising of the ORGANIC PROTEIN brand.  Those partners include Costco, which has retail locations across the nation.

22.     As a result of the superior quality of Orgain's ORGANIC PROTEIN products and the immense investment in marketing and promotion of those goods, Orgain's ORGANIC PROTEIN products and associated brands have garnered nationwide attention and received praise and promotion from third parties.

23.     Examples of unsolicited third-party recognition of Orgain's ORGANIC PROTEIN products are readily available online.  See, e.g., https://www.veganproteinguide.com/orgain-organic-protein/ (recommending ORGANIC PROTEIN based on overall quality and value); http://43fitness.com/protein-powder-review-orgain-organic-protein/; (on-line review recommending product) https://www.altprotein.com/orgain-protein-powder-review-is-it-a-good-organic-plant-supplement/; (alternative protein review); https://www.youtube.com/watch?v=1Py_qeXWRMI (fitness coach noting product is her favorite, over 30,000 views); https://www.youtube.com/watch?v=Xlf4uNVt2U8 (video promotion from Jillian Michaels, over 60,000 views);

24.     One of Orgain's ORGANIC PROTEIN products has an average Amazon rating of 4.2 out of 5 stars with nearly 5,000 reviews.  See, e.g., https://www.amazon.com/gp/customer-reviews/R3B06L95DS9EIG/ref=cm_cr_arp_d_viewpnt?ie=UTF8&ASIN=B00J07 4W7Q#R3B06L95DS9EIG.

25.     In addition to the media attention, Orgain has been the subject of industry-related recognition including, but without limitation, the 2017 Cleanest Packaged

Food award from Prevention Magazine, EY Entrepreneur of the Year 2016 for Health and Education, and a nomination from VegNews Magazine for the best protein powder of 2017.

26.     Due to its large distribution and the widespread customer awareness of its ORGANIC PROTEIN products, Orgain has developed significant federal and common law trademark rights throughout the United States prior to Purely Inspired's use of ORGANIC PROTEIN and prior to Purely Inspired's adoption of Orgain's trade dress.

27.     Orgain's ORGANIC PROTEIN brand has acquired great value as an identifier of Orgain's products and serves to distinguish Orgain's ORGANIC PROTEIN products from those of others in the marketplace.  Customers in this judicial district and elsewhere readily recognize members of Orgain's ORGANIC PROTEIN trademark and the associated trade dress as distinctive designations of the origin of Orgain's ORGANIC PROTEIN products.  Accordingly, Orgain's ORGANIC PROTEIN trademarks and related trade dress is an asset of enormous value and a symbol of Orgain and its quality products and good will.

28.     Upon information and belief, due to the immense success of Orgain's ORGANIC PROTEIN product, its marks and associated trade dress are famous and have become the envy of competitors in the marketplace, including Purely Inspired.

### PURELY INSPIRED'S MISCONDUCT

29.     Upon information and belief, Purely Inspired is a manufacturer, marketer, and distributor of nutritional supplement products.

30.     Upon information and belief, Purely Inspired has targeted Orgain and its popular ORGANIC PROTEIN brand, which Orgain has labored diligently to develop in the marketplace.  Among other concerns, Purely Inspired has begun use of the distinctive term ORGANIC PROTEIN mark with Orgain's trade dress on its own supplement products in an effort to unfairly benefit from the notoriety of the

Orgain ORGANIC PROTEIN brand.  Specifically, Purely Inspired is presently using the term ORGANIC PROTEIN as a trademark together with Orgain's trade dress to market and promote a competing plant-based nutritional supplement.

31.     Upon information and belief, Purely Inspired has specifically targeted Orgain by copying the trade dress of the ORGANIC PROTEIN brand.  In particular, Purely Inspired has packaged its ORGANIC PROTEIN branded products in containers that are similar in size, use a similar black font against a white back ground, frame its packaging on top and bottom with green bands that circumscribe the packaging, and place its product branding in a similar location on the package.  Purely Inspired's label also incorporates a green leaf and colored boxes highlighting the dietary profile of the product. A simple side-by-side comparison of Purely Inspired's ORGANIC PROTEIN branded product and Orgain's ORGANIC PROTEIN branded product clearly shows Purely Inspired's bad faith intent to benefit from Orgain's market recognition.



32.     Upon information and belief, Purely Inspired first launched a plant based protein product sometime in 2014 that was competitive with Orgain's ORGANIC PROTEIN branded product.  Upon information and belief, however, Purely Inspired later changed the brand of its product to ORGANIC PROTEIN.

33.     Upon information and belief, Purely Inspired introduced changes to the branding and trade dress of its plant-based protein product to more closely resemble that of Orgain's ORGANIC PROTEIN brand in an effort to benefit from Orgain's success in the marketplace.  Upon information and belief, the progression of Purely Inspired's product labeling changes is shown below:



| **July 2014** | **Nov. 2015** | **May 2017** |

34.     Among other changes to its packaging, Purely Inspired modified the color and shape of their font to mirror that used by Orgain.  This change is no accident and clearly demonstrates Purely Inspired's bad faith intent to copy Orgain.

35.     Purely Inspired's new packaging also increased the contrast between the text on the front of the label and the white background and added colored boxes highlighting the dietary profile of its product.  They also changed the shape and placement of the leaf on the label to more closely mimic that used by Orgain.

36.     A side-by-side comparison of what Purely Inspired's original product looked like when it was first launched and how it currently compares to Orgain's ORGANIC PROTEIN brand is telling:

**Product Launch**



**Product Today**

37.     Upon information and belief, Purely Inspired did not limit its copying to Orgain's powdered nutritional supplement.  A side-by-side comparison of Orgain's ready-to-drink products with Purely Inspired's alleged new ready-to-drink product is shown below and further demonstrates a propensity for copying.



38.     Upon information and belief, Purely Inspired is promoting its ORGANIC PROTEIN branded protein products through point of sale materials, over the Internet, through press releases, social networking, and other nationally accessible media outlets.

39.     Upon information and belief, other than the inferior ingredients used by Purely Inspired, the Purely Inspired ORGANIC PROTEIN products are virtually identical to Orgain's ORGANIC PROTEIN products.

40.     Upon information and belief, Orgain's ORGANIC PROTEIN branded product and Purely Inspired's ORGANIC PROTEIN product directly compete with one another.  The competing products are virtually identical nutritional supplements and are all sold through retail outlets to similar consumers.

41.     Based on the foregoing, Purely Inspired's adoption of Orgain's ORGANIC PROTEIN brand and Orgain's trade dress is likely to cause confusion, or to cause mistake, or to deceive consumers in light of Orgain's ORGANIC PROTEIN trademark and trade dress rights.

42.     Indeed, numerous consumers have already been actually confused by Purely Inspired's unlawful conduct.  Specifically, numerous consumers have contacted Orgain to complain about the taste of the product and/or to complain that the product is falsely advertised as being vegan when it is also advertised as containing dairy.  Upon investigation of the consumer complaints, Orgain learned that the consumers had purchased the Purely Inspired ORGANIC PROTEIN brand instead of the Orgain ORGANIC PROTEIN brand but believed they had purchased an Orgain product. To say the least, Orgain is extremely concerned about these comments.

43.     Public reviews from Purely Inspired's knock-off product on Amazon.com are also of grave concern.  A small sampling of confusion demonstrated by consumer reviews from Amazon.com are reproduced below:

**August 15, 2017 by Carolina Monroy – 1 star**
"I bought the chocolate, which by the reviews masks the 'chalkiness' the most. It didn't, sorry. I mixed it with about her powder to force myself through it. Will not buy again. It was a lightning deal, and I confused the packaging with Orgain which I actually like."

**October 28, 2017 by LeAnn – 1 star**
"Awful! Smells and food tastes terrible. I have purchased Orgain before. It has changed since the last time I bought it. Yuck. Never again."

**November 20, 2017 by Justin Lieber – 1 star**
"This is NOT Orgain Protein. Shame on me for not reading more closely. However, they have completely ripped-off Orgain in their marketing. The font of the packaging is the same as Orgain as well and the color scheme. This product tastes horrible in comparison to Orgain. Shame on them for deceptive marketing of a sub-par product. Waste of money. Will be going in the trash."

**November 22, 2017 by DonaldMcWonald – 1 star**
"Ewh this stuff is terrible, I saw it in Sams and thought it was Orgain. When i got home I tasted it and I realized it wasn't. Then I saw the packaging was a blatent rip off and brought it back."

**January 14, 2018 by Loyal Amazon Customer – 1 star**
"I accidentally bought this thinking it is my regular brand because they totally copied the packaging from Orgain. Had to throw it out because it contains dairy, soy and cane sugar and the taste is sickeningly sweet like a white sheet cake from the old days. Disgusting!"

**January 18, 2018 by Amazon Customer – 1 star**
"I bought this by mistake because it looked like Orgain's branding. I tried it anyway because the macros were amazing & boy, is it terrible. The taste is just what everyone describes protein powder as chalky. I've never had a chalky, nasty protein powder like this before, but now I know what people mean. On top of it. In order to return it they're charging you $6.19 to return it. LOL. Spend the extra $20 you can spending on GOOD TASTING protein powder."

**February 25, 2018 by Amparo Rodriquez – 1 star**
"Gives shakes a weird texture and it does not taste very good. I was looking for the Orgain brand protein and bought this crap thinking it was that brand. I made a shake and the protein floated to the top in a weird foam- made the shake undrinkable. Also saw some weird green shit in the protein, that's not normal right?"

**March 10, 2018 by Sailor – 1 star**
"DO NOT BE FOOLED. This is NOT ORGAIN.
This packaging uses the same font as ORGAIN Organic Protein, but it is FAR FAR FAR from the same quality and flavor. This product tastes synthetic, like coconut extract. It doesn't mix well and is gritty with a horrible aftertaste. In fact it tastes like punishment.
I returned immediately."

**March 16, 2018 by Caitlyn – 1 star**
"I am beyond dissatisfied with this product!! I ran out of my favorite Orgain protein powder and asked my mom to go on my account and order me more and she accidentally ordered this (the two have almost identical branding.. honest mistake). I figured I'd give it a try as to not be wasteful but could not even get myself to swallow. The texture is so griddy even after being mixed with a frozen banana and almond milk and the taste is just DISGUSTING. I am hoping I'll be able to return it and get my money back considering them claim to have a 100% satisfaction guarantee. Overall, I am not someone to write a mean review but this protein powder is a terrible product and very deceiving... BUYER BEWARE!"

**March 20, 2018 by Cynthia Y Johnson – 5 stars**
"This is my go to protein. I use it as creamer in my coffee, and make all of my protein shakes daily with Orgain only."

**May 12, 2018 by Magda Massoud – 1 star**
"I normally love all of the Orgain products. But for some reason this was awful. It tastes very artificial which is unlike the principles of this company. I had to toss it and buy the other version of the protein powder that you find at Costco. The makers need to evaluate the ingredients and ensure that its consistent with its other products by way of quality and taste."

**May 17, 2018 by Avid Book Lover – 2 stars**
"I think it's wrong that this company is using the same font as Orgain. I thought i was buying a new Orgain product with the Orgain reputation. I feel kind of cheated. Also this protein doesn't taste as good as Orgain protein."

**June 5, 2018 by SelinaInSD – 3 stars**
"Sadly I thought I was purchasing Orgain. This product doesn't compare in taste or consistency. Will not purchase again.
Update: I tried this with Almond milk vs. water and it was much more palatable. However I am not sure how the label can say Vegetarian and Vegan friendly and elsewhere under the ingredients it says *contains milk and soy ingredients....which milk ingredients are we discussing and is it still considered Vegan friendly? (I am not vegetarian nor vegan but thought this contradicts itself) I purchased the decadent chocolate flavor and still find that Orgain is a much better tasting product with more plant based protein derivatives."

**June 14, 2018 by Marisa Nelson – 5 stars**
"I always trust Orgain and am a returning customer to their products. They are all about clean and nutrient dense protein powders and drinks and I've always been satisfied with the taste."

44.      Upon information and belief, Inspired Protein has been aware of the incidents of actual confusion with Orgain's ORGANIC PROTEIN brand for quite some time and has done nothing to correct the confusion.

45.      Upon information and belief, consumers who encounter Purely Inspired's ORGANIC PROTEIN brand believe they are purchasing a lower-priced version of Orgain's ORGANIC PROTEIN brand, which is the result Purely Inspired intended when it copied Orgain.

46.      Upon information and belief, consumers who purchased the Purely Inspired ORGANIC PROTEIN brand thinking it is Orgain are angered by the difference in the quality of the product and the lack of vegan ingredients and consequently think poorly of the Orgain brand.

47.      Upon information and belief, Purely Inspired's acts have caused Orgain to lose not only product sales to Purely Inspired, but future sales to consumers who believed they were purchasing Orgain and now believe Orgain's products to be below their expectations.

48.      If Purely Inspired is allowed to manufacture, promote and sell its ORGANIC PROTEIN branded product, infringement and unfair competition will continue to result because there is a likelihood of confusion or mistake as to the affiliation, association, or connection of the parties' respective products.  That is, consumers have been and will continue to be deceived and/or misled about the source of the products sold by Purely Inspired using Orgain's ORGANIC PROTEIN trademark and trade dress.

49.      By adopting Orgain's ORGANIC PROTEIN mark and trade dress including, but not limited to, font, color, and style, on a virtually identical product, it could

1    not be more clear that Purely Inspired wishes to trade on the significant goodwill

2    associated with Orgain's ORGANIC PROTEIN brand.

3    50.    Upon information and belief, due to the immense popularity of Orgain's

4    ORGANIC PROTEIN brand, Purely Inspired knew and has known about Orgain's

5    ORGANIC PROTEIN rights but chose to willfully infringe those rights.

6    51.    Indeed, upon information and belief, Purely Inspired knowingly copied

7    Orgain's immensely popular ORGANIC PROTEIN brand with the intent of

8    benefiting from the goodwill attendant to that brand.

9    52.    Upon information and belief, Purely Inspired has also chosen to copy other

10    aspects of Orgain's ORGANIC PROTEIN branding and marketing in an effort to

11    benefit from Orgain's goodwill, including flavor profiles, the amount of protein per

12    serving, and the amount of calories per serving, for example.

13    53.    Purely Inspired's pattern of behavior demonstrates an intent to copy Orgain

14    and to derive a benefit from the Orgain's marketplace recognition through the

15    deception of consumers.

16    54.    Orgain has suffered actual damages, including lost profits, as a result of the

17    Purely Inspired's misconduct in an amount to be proven at trial.

18    55.    Based on the foregoing, this case is exceptional and Orgain is entitled treble

19    damages and attorney's fees for Purely Inspired's intentionally unlawful behavior

20    pursuant to 15 U.S.C. §1117.

21    56.    Additionally, the harm to Orgain arising from the Purely Inspired's acts is

22    not fully compensable by money damages.  Orgain has suffered, and continues to

23    suffer, irreparable harm that has no adequate remedy at law and that will continue

24    unless the infringing conduct by Purely Inspired is preliminarily and permanently

25    enjoined.  That is, the harm to Orgain's reputation and good will as a result of

26    Purely Inspired's misappropriation of Orgain's ORGANIC PROTEIN brand is

27    irreparable.

28

# FIRST CAUSE OF ACTION

## (TRADEMARK/TRADE DRESS INFRINGEMENT, UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN – 15 U.S.C. §1125(A))

57.     Orgain hereby incorporates by this reference each and every preceding allegation as if set forth fully herein.

58.     Orgain owns its ORGANIC PROTEIN trademark and associated trade dress and has not authorized Purely Inspired to use its trademark or associated trade dress in connection with Purely Inspired's goods and services.

59.     The use of ORGANIC PROTEIN by Purely Inspired and its attendant trade dress is similar to Orgain's ORGANIC PROTEIN trademark and trade dress in meaning and overall impression and is similar in appearance and pronunciation.

60.     Additionally, but for Purely Inspired's inferior quality of ingredients, Purely Inspired's ORGANIC PROTEIN nutritional supplements are virtually identical to the supplement products sold by Orgain in connection with its ORGANIC PROTEIN brand.

61.     Purely Inspired's acts have resulted in actual confusion between Purely Inspired's products and Orgain's products.

62.     Accordingly, Purely Inspired's use of ORGANIC PROTEIN and its attendant trade dress in connection with its products is likely to cause confusion, or to cause mistake, or to deceive consumers in light of Orgain's ORGANIC PROTEIN trademark and trade dress.

63.     Through these activities, Purely Inspired has engaged in trademark and trade dress infringement, unfair competition, and false designation of origin pursuant to the Lanham Act, 15 U.S.C. § 1125 and under the common law.

64.     Orgain has suffered damages as a result of Purely Inspired's misconduct in an amount to be proven at trial.  Additionally, the harm to Orgain arising from Purely Inspired's acts is not fully compensable by money damages.  Orgain has suffered, and continues to suffer, irreparable harm that has no adequate remedy at

law.  The irreparable harm will continue unless the infringing conduct by Purely Inspired is preliminarily and permanently enjoined.

65.     Upon information and belief, Purely Inspired was aware of Orgain's ORGANIC PROTEIN trademark and trade dress prior to Purely Inspired's adoption of the ORGANIC PROTEIN trademark and trade dress.  Accordingly, Purely Inspired's unauthorized use of the ORGANIC PROTEIN trademark and its attendant trade dress in connection with its nutritional supplement products is willful and intentional.  As a result, Orgain is entitled to treble damages and an award of costs and attorney's fees.

## SECOND CAUSE OF ACTION

### (UNFAIR COMPETITION  CAL. BUS. & PROF. CODE §17200)

66.     Orgain hereby incorporates by this reference each and every preceding allegation as if set forth fully herein.

67.     Orgain owns its ORGANIC PROTEIN trademark and associated trade dress and has not authorized Purely Inspired to use its trademark or associated trade dress in connection with Purely Inspired's goods and services.

68.     The use of ORGANIC PROTEIN by Purely Inspired and its attendant trade dress is similar to Orgain's ORGANIC PROTEIN trademark and trade dress in meaning and overall impression and is similar in appearance and pronunciation.

69.     Additionally, but for Purely Inspired's inferior quality of ingredients, Purely Inspired's ORGANIC PROTEIN nutritional supplements are virtually identical to the supplement products sold by Orgain in connection with its ORGANIC PROTEIN brand.

70.     Purely Inspired's acts have resulted in actual confusion between Purely Inspired's products and Orgain's products.

71.     Accordingly, Purely Inspired's use of ORGANIC PROTEIN and its attendant trade dress in connection with its products is likely to cause confusion, or

to cause mistake, or to deceive consumers in light of Orgain's ORGANIC PROTEIN trademark and trade dress.

72.     Purely Inspired's conduct constitutes fraudulent business acts or unfair practices in that Purely Inspired's trademark infringement and false designation of origin are likely to mislead or deceive, and have in fact misled and deceived, the public into purchasing or consuming goods they would not otherwise purchase or consume, resulting in Purely Inspired obtaining sales and profits that Orgain should have received.

73.     Upon information and belief, Purely Inspired's conduct described herein was intentional and willful.

74.     Through these activities, Purely Inspired has engaged in unfair competition pursuant to Cal. Bus. & Prof. Code § 17200.

75.     As a direct and proximate result of Purely Inspired's conduct, Orgain has suffered, and will continue to suffer, monetary loss and irreparable injury to its business, reputation, and goodwill that will continue unless the unlawful conduct by Purely Inspired is preliminarily and permanently enjoined.

## THIRD CAUSE OF ACTION

### (False Advertising  Cal. Bus. & Prof. Code §17500)

76.     Orgain hereby incorporates by this reference each and every preceding allegation as if set forth fully herein.

77.     Orgain owns its ORGANIC PROTEIN trademark and associated trade dress and has not authorized Purely Inspired to use its trademark or associated trade dress in connection with Purely Inspired's goods and services.

78.     The use of ORGANIC PROTEIN by Purely Inspired and its attendant trade dress is similar to Orgain's ORGANIC PROTEIN trademark and trade dress in meaning and overall impression and is similar in appearance and pronunciation.

79.     Additionally, but for Purely Inspired's inferior quality of ingredients, Purely Inspired's ORGANIC PROTEIN nutritional supplements are virtually identical to

the supplement products sold by Orgain in connection with its ORGANIC PROTEIN brand.

80.     Purely Inspired's acts have resulted in actual confusion between Purely Inspired's products and Orgain's products.

81.     Accordingly, Purely Inspired's use of ORGANIC PROTEIN and its attendant trade dress in connection with its products is likely to cause confusion, or to cause mistake, or to deceive consumers in light of Orgain's ORGANIC PROTEIN trademark and trade dress.

82.     Through these activities, Purely Inspired has engaged in false advertising pursuant to Cal. Bus. & Prof. Code § 17500.

83.     Orgain has suffered damages as a result of Purely Inspired's misconduct in an amount to be proven at trial.  Additionally, the harm to Orgain arising from Purely Inspired's acts is not fully compensable by money damages.  Orgain has suffered, and continues to suffer, irreparable harm that has no adequate remedy at law and that will continue unless the infringing conduct by Purely Inspired is preliminarily and permanently enjoined.

## FOURTH CAUSE OF ACTION

### (TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION – CALIFORNIA COMMON LAW)

84.     Orgain hereby incorporates by this reference each and every preceding allegation as if set forth fully herein.

85.     Orgain owns its ORGANIC PROTEIN trademark and associated trade dress and has not authorized Purely Inspired to use its trademark or associated trade dress in connection with Purely Inspired's goods and services.

86.     The use of ORGANIC PROTEIN by Purely Inspired and its attendant trade dress is similar to Orgain's ORGANIC PROTEIN trademark and trade dress in meaning and overall impression and is similar in appearance and pronunciation.

87.     Additionally, but for Purely Inspired's inferior quality of ingredients, Purely Inspired's ORGANIC PROTEIN nutritional supplements are virtually identical to the supplement products sold by Orgain in connection with its ORGANIC PROTEIN brand.

88.     Purely Inspired's acts have resulted in actual confusion between Purely Inspired's products and Orgain's products.

89.     Accordingly, Purely Inspired's use of ORGANIC PROTEIN and its attendant trade dress in connection with its products is likely to cause confusion, or to cause mistake, or to deceive consumers in light of Orgain's ORGANIC PROTEIN trademark and trade dress.

90.     Through these activities, Purely Inspired has engaged in trademark infringement and unfair competition pursuant to California common law.

91.     Orgain has suffered damages as a result of Purely Inspired's misconduct in an amount to be proven at trial.  Additionally, the harm to Orgain arising from Purely Inspired's acts is not fully compensable by money damages.  Orgain has suffered, and continues to suffer, irreparable harm that has no adequate remedy at law and that will continue unless the infringing conduct by Purely Inspired is preliminarily and permanently enjoined.

        **WHEREFORE**, it is respectfully requested that the Court enter a judgment in favor of Orgain as follows:

A.     That the Court enter judgment that Purely Inspired's use of the ORGANIC PROTEIN trademark and trade dress is likely to cause confusion with Orgain's ORGANIC PROTEIN trademark and trade dress resulting in trademark and trade dress infringement in violation of the Lanham Act (15 U.S.C. § 1125) and the common law;

B.     That the Court enter judgment that Purely Inspired's use of the ORGANIC PROTEIN trademark and trade dress is likely to cause confusion with Orgain's

ORGANIC PROTEIN trademark and trade dress resulting in unfair competition in violation of the Lanham Act (15 U.S.C. 1125), Cal. Bus. & Prof. Code §17200, and the common law;

C.      That the Court enter judgment that Purely Inspired's use of the ORGANIC PROTEIN trademark and trade dress is likely to deceive consumers in violation of Cal. Bus. & Prof. Code §17500, and the common law;

D.      That the Court preliminarily and permanently enjoin Purely Inspired, and any subsidiaries, agents, or affiliates of Purely Inspired, from using in commerce any mark that infringes or competes unfairly with any member of Orgain's ORGANIC PROTEIN trademark and trade dress;

E.      That the Court order Purely Inspired, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Orgain within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which Purely Inspired has complied with the injunction and ceased all offering of goods and services using the term ORGANIC PROTEIN and all uses of Orgain' trade dress;

F.      That the Court order Purely Inspired, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all product packaging, catalogs, articles, products, displays, labels, circulars, letterhead, business cards, promotional items, clothing, literature, or other matter in the possession, custody, or under the control of Purely Inspired or its agents bearing (i) the trademark ORGANIC PROTEIN in any manner, or any mark that is confusingly similar to or a colorable imitation thereof, or (ii) Orgain's trade dress in any manner, or any trade dress that is confusingly similar to or a colorable imitation thereof.

G.      That Purely Inspired be ordered to conduct corrective advertising to correct consumer confusion.

H.      That Purely Inspired be ordered to pay monetary damages, including treble damages pursuant to 15 U.S.C. § 1117 and/or punitive damages, to Orgain in an amount to be determined by this Court;

I.      That Purely Inspired be ordered to pay Orgain's attorneys' fees and costs associated with this action pursuant to the Lanham Act and/or California state law;

J.      That Orgain be granted an award of restitution and/or disgorgement of all revenues, earnings, profits, compensation, and benefits that have been obtained by Purely Inspired as a result of its unlawful and/or fraudulent business acts or practices;

K.      That Purely Inspired be required to pay prejudgment and post-judgment interest until such awards are paid; and

L.      That Orgain have such other and further relief as shall seem just and proper to the Court.

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Orgain hereby demands a jury trial on all claims and issues so triable.

DATED:  July 18, 2018                          VENABLE LLP

                                                By: /s/ Daniel S. Silverman
                                                    Daniel S. Silverman

                                                THORPE NORTH & WESTERN LLP

                                                Mark M. Bettilyon
                                                Peter M. de Jonge
                                                Jed H. Hansen

                                                Attorneys for Plaintiff Orgain, Inc.