JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGAIN, INC., <br><br> Plaintiff, <br><br> v. <br><br> IOVATE HEALTH SCIENCES INTERNATIONAL, INC., a Canadian Corporation; and IOVATE HEALTH SCIENCES INTERNATIONAL U.S.A., INC., a Delaware Corporation, <br><br> Defendants. | Case No.: 8:18-CV-01253 JLS (ADSx) <br><br> **JUDGMENT** |

# JUDGMENT

On August 22, 2023, the foregoing matter was called for trial in Courtroom 8A of the United States District Court, Central District of California, the Honorable Josephine L. Staton presiding. On September 6, 2023, the jury returned a unanimous verdict in favor of Plaintiff Orgain, Inc.

Having reviewed the Parties' briefing of equitable issues related to final judgment, IT IS ORDERED, ADJUDGED, AND DECREED:

That judgment be, and hereby is, entered in favor of Plaintiff Orgain, Inc., and against Defendants Iovate Health Sciences International, Inc. and Iovate Health Sciences U.S.A., Inc. on its claims for Lanham Act trade dress infringement and unfair competition, California common law unfair competition, and claims made under California's Unfair Competition Law and False Advertising Law.

That Iovate Health Sciences International, Inc. and Iovate Health Sciences U.S.A., Inc. infringed Orgain, Inc.'s trade dress that Orgain, Inc. uses for certain of its organic protein products and which is composed of the following elements:

1. The term ORGANIC PROTEIN is in a unique, black font against a white background located just above the center of the container with its house brand located above ORGANIC PROTEIN;
2. ORGANIC PROTEIN is framed inside green bands that circumscribe the top and bottom portions of the container;
3. The term ORGANIC is positioned directly on top of the term PROTEIN;
4. The term ORGANIC and PROTEIN are in a similar font; and
5. The front label also incorporates a green leaf and colored areas highlighting the dietary profile of the product.

That Orgain, Inc. is AWARDED damages in the amount of $10,035,481. Defendants Iovate Health Sciences International, Inc. and Iovate Health Sciences U.S.A., Inc. shall be jointly and severally liable for that damages award.

That Defendants Iovate Health Sciences International, Inc. and Iovate Health Sciences U.S.A., Inc., and any and all of those acting in concert therewith, are hereby permanently enjoined from using any the infringing labels shown below, or any label or packaging confusingly similar to Orgain, Inc.'s above-described trade dress.

Exhibit 62            Exhibit 63

 

Exhibit 67            Exhibit 68            Exhibit 74

  

Exhibit 78        Exhibit 79        Exhibit 80        Exhibit 81

3

   

Exhibit 1958          Exhibit 1959          Exhibit 1960          Exhibit 1961

   

That Orgain, Inc. shall recover post-judgment interest under 28 U.S.C. 1961.

That Orgain, Inc. may file an application to the Clerk to tax costs under Federal Rule of Civil Procedure 54(d) and Local Rules 54-2 and 54-3.

That Defendants Iovate Health Sciences International, Inc. and Iovate Health Sciences U.S.A., Inc. shall take nothing.

And that the Court shall retain jurisdiction over any motion for attorneys' fees, which shall be filed within 14 days of the date of this Order, and any motion to retax costs, which shall be filed within 7 days of the Clerk's decision on Orgain, Inc.'s application to tax costs.  Fed. R. Civ. P. 54(d)(2)(B)(i); C.D. Cal. L.R. 54-2.5.

Dated this 17th day of April, 2024.

                                          _____
                                          HON. JOSEPHINE L. STATON
                                          UNITED STATES DISTRICT JUDGE