**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORGAIN, INC., | Case No.: 8:18-CV-01253 JLS (ADSx) |
| Plaintiff, | |
| v. | **AMENDED JUDGMENT** |
| IOVATE HEALTH SCIENCES INTERNATIONAL, INC., a Canadian Corporation; IOVATE HEALTH SCIENCES INTERNATIONAL U.S.A., INC., a Delaware Corporation | |
| Defendants. | |

Pursuant to this Court's Order to Enforce Settlement Agreement, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. Orgain, Inc. is AWARDED $12,500,000 in satisfaction of Orgain's claims against Iovate. Defendants Iovate Health Sciences International, Inc. and Iovate Health Sciences U.S.A., Inc. are jointly and severally liable for payment of the $12,500,000 AWARD to Orgain.

2. The injunction set forth by the Court in the First Judgment shall remain in effect.

Dated: November 17, 2024

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE