| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>DEC 19 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ORGAIN, INC.,

    Plaintiff - Appellee,

 v.

NORTHERN INNOVATIONS HOLDING CORP., a Canadian Corporation doing business as Purely Inspired; et al.,

    Defendants - Appellants.

No. 24-3214

D.C. No. 8:18-cv-01253-JLS-ADS
Central District of California, Santa Ana

ORDER

This appeal was administratively closed. The appeal is reopened.

Appellants' unopposed motion to voluntarily dismiss this appeal (Docket Entry No. 8) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Paula Raffaelli
Circuit Mediator